No. 3601.—LIZARDI, tercerista-aplte., *v.* KÖRBER & CÍA., INC., ET AL., apdos.—C. D. San Juan, Disto. 1º. Mayo 22, 1925. Tercería. No habiéndose alegado motivo alguno de error contra la sentencia dictada en este pleito, que fué contra la que se interpuso esta apelación y sí contra resolución posterior de la corte inferior que no ha sido apelada, *se desestima* el recurso.

No. 3559.—CENTRAL PASTO VIEJO, INC., apda., *v.* APONTE ET AL., apltes.— C. D. Humacao. Mayo 22, 1925. Cobro de arrendamiento. Siendo los únicos errores:

"1. La Corte de Distrito de Humacao erró al declarar con lugar una demanda que no aduce hechos suficientes para determinar una causa de acción.—2. La sentencia dictada por la Corte de Distrito de Humacao es contraria a derecho y a las pruebas;" y apareciendo que si bien la demanda es algo ambigua y dudosa y tal vez está sujeta a excepción previa por tal fundamento o a una moción para que se haga más específica, de haberse presentado una u otra, no puede considerarse que es fatalmente defectuosa; y no habiéndose establecido de modo alguno la verdadera existencia del segundo error alegado, *se confirma* la sentencia apelada.

No. 3579.—CERRA ET AL., apdos., *v.* RUIZ ET AL., apltes.— C. D. San Juan, Disto. 1º. Mayo 25, 1925. Servidumbre. Confirmada la sentencia por no aparecer, a juicio de la Corte Suprema, que la corte inferior abusara de su discreción al imponer las costas, a los demandados, incluyendo honorarios de abogado, único pronunciamiento de la sentencia de que se apela.